**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MINDY GOTTENBERG and<br>MITCHELL GOTTENBERG, h/w<br>3861 Wheatsheaf Road<br>Huntingdon Valley, Pennsylvania 19006<br><br>v.<br><br>JOSEPH LUIS<br>4660 W. Linda Lane<br>Chandler, Arizona 85226<br><br>and<br><br>REBECCA SHERSHEN<br>4660 W. Linda Lane<br>Chandler, Arizona 85226<br><br>and<br><br>ABC CORP. 1-20<br>JOHN DOE 1-20 | : | CIVIL ACTION NO.<br><br>**COMPLAINT AND JURY DEMAND** |

**CIVIL ACTION COMPLAINT**

**THE PARTIES**

1. Plaintiff, Mindy Gottenberg, is an adult individual and citizen and resident of the Commonwealth of Pennsylvania, residing at 3861 Wheatsheaf Road, Huntingdon Valley, Pennsylvania 19006.

2. Plaintiff, Mitchell Gottenberg, is an adult individual and citizen and resident of the Commonwealth of Pennsylvania, residing at 3861 Wheatsheaf Road, Huntingdon Valley, Pennsylvania 19006, and is the husband of Plaintiff, Mindy Gottenberg.

3. Defendant, Joseph Luis, is an adult individual and citizen and resident of the State of Arizona, residing and domiciled at 4660 W. Linda Lane, Chandler, Arizona 85226.

4. Defendant, Rebecca Shershen, is an adult individual and citizen and resident of the State of Arizona, residing and domiciled at 4660 W. Linda Lane, Chandler, Arizona 85226, and is the owner of the motor vehicle involved in this collision.

5. Defendants, ABC Corp. 1-20, John Doe 1-20, are individuals and/or alter egos and/or business entities, related to Defendant, Rebecca Shershen, engaged in the business of owning, possessing, servicing, maintaining, operating, selling, renting and/or leasing the motor vehicle(s) involved in this collision whose identities are presently unknown.

6. At all times pertinent hereto, each of the named ABC and/or John Doe Defendants acted and/or failed to act, individually, and/or for or on behalf, each of the other, as principals, agents, servants, workmen, employees, successor corporations, and successor business entities, each of the other, and at all times pertinent hereto acting within the course, scope and authority of their agency and servantship, under the direction and control, and in the interests, each of the other.

7. Plaintiff alleges that an insufficient amount of time has passed within which to determine the identity of ABC and/or John Doe Defendants who may be responsible for the causation of the accident, if any.

**JURISDICTION**

8. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332(a)(1) in that "the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States".

**VENUE**

9. Venue over this action is appropriate in this matter pursuant to 28 U.S.C. 1391(a)(2), in the Eastern District of Pennsylvania in that it is where a substantial part of the events or omissions giving rise to the claim occurred, namely the motor vehicle collision that occurred in

Lower Moreland Township, Montgomery County, Pennsylvania.

**FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

10. At all times relevant and material to this Civil Action, Defendant, Rebecca Shershen, owned, operated, controlled, possessed, maintained and/or leased a 2020 Toyota Corolla (black), bearing Arizona registration plate H7A92P, VIN No. JTDEPRAE2LJ102527, which was being operated by Defendant, Joseph Luis, with the express permission and consent of Defendant, Rebecca Shershen.

11. On or about February 18, 2025, at approximately 7:35 P.M., Plaintiff, Mindy Gottenberg, was lawfully operating her 2023 Toyota Camry (white), bearing Pennsylvania license plate MBC7203, VIN No. 4T1G11BK5PU081172, traveling northbound on Valley Road at or near its intersection with Frederick Road (at or near 2003 Valley Road), Lower Moreland Township, Montgomery County, Pennsylvania, when Defendant, Joseph Luis, operating the aforementioned 2020 Toyota Corolla and attempting to turn right from Frederick Road onto Valley Road to head southbound, disregarded the stop sign, traveled at a high and excessive rate of speed, lost control of the vehicle, and crossed the double yellow center lines into the northbound travel lane, striking the front end of Plaintiff's vehicle with great force and violence, causing all airbags in both vehicles to deploy and both vehicles to sustain heavy front-end damage and causing Plaintiff, Mindy Gottenberg, to sustain severe and grievous injuries hereinafter more fully set forth.

12. At all times material hereto, the accident, herein, was caused solely by the negligence and carelessness of the Defendants, jointly and/or severally, and was in no manner whatsoever due to any act or omission of the Plaintiff, Mindy Gottenberg.

**COUNT I**
**PLAINTIFF, MINDY GOTTENBERG v. DEFENDANTS**

13. Plaintiff incorporates by reference herein the allegations set forth in the averments of paragraphs 1 through 12 of this Complaint, inclusive, as if set forth herein at length.

14. The negligence and carelessness of Defendants herein, jointly and/or severally, acting as aforesaid, consisted of the following:

a) Operating a motor vehicle at a high and excessive rate of speed under the circumstances and conditions;

b) Failure to have the motor vehicle under proper and adequate control;

c) Failure to use the highest degree of skill in the operation of a motor vehicle;

d) Disregarding the stop sign and failing to stop as required at the intersection of Frederick Road and Valley Road;

e) Failing to yield the right-of-way and failing to keep a proper lookout for other vehicles lawfully upon the highway;

f) Losing control of the vehicle and crossing the double yellow center lines into the northbound lane of oncoming traffic;

g) Failing to warn Plaintiff of the impending collision;

h) Failing to exercise due care and caution under the circumstances;

i) Operating a motor vehicle in violation of the Statutes of the Commonwealth of Pennsylvania governing the operation of motor vehicles upon the highway, to wit, 75 Pa.C.S.A. § 3301, et seq., including 75 Pa.C.S.A. §§ 3323(b), 3111(a), 3361, 3714(a), and 3309(1);

j) Negligently entrusting the motor vehicle to Defendant, Joseph Luis, an incompetent, careless and/or reckless driver (as to Defendant, Rebecca Shershen);

k) Permitting and allowing Defendant, Joseph Luis, to operate the motor vehicle as her permissive user and/or agent (as to Defendant, Rebecca Shershen); and,

l) Negligence as a matter of law.

15. As a result of the negligence and carelessness of Defendants herein, jointly and/or severally, acting as aforesaid, Plaintiff, Mindy Gottenberg, was caused to sustain injuries to her bones, joints, muscles, tendons, nerves and soft tissues throughout her body, including but not limited to cervical sprain/strain; thoracic sprain/strain; lumbar sprain/strain; muscle spasms of the cervical, thoracic, lumbar, and trapezius muscles; bilateral shoulder pain/sprain; bilateral hip pain/sprain; post-traumatic cephalgia; whiplash; cervical disc protrusion at C3-4; diffuse disc bulging at L2-3; aggravation of preexisting cervical disc bulges and spondylosis; a left knee injury consisting of grade 1-2 signal changes in the posterior horn of the medial meniscus without tear, a sprain of the ACL, Grade IV chondromalacia patella, and joint effusion; requiring an epidural steroid injection at C5-6 and medial branch blocks at C3, C4, C5, and C6; and various other ills and injuries; all of which injuries have, in the past, and will, in the future, cause Plaintiff, Mindy Gottenberg, great pain and suffering, are serious and permanent in nature, and have caused Plaintiff herein serious and permanent impairments of bodily functions.

16. As a further result of the negligence and carelessness of Defendants herein, jointly and/or severally, Plaintiff, Mindy Gottenberg, has and will be obligated to receive and undergo medical attention and care and to expend various sums of money and to incur various expenses and she may be obligated to continue to expend such sums and to incur such expenditures for an

indefinite period of time in the future all to her great detriment and loss and is recoverable from Defendants herein.

17. As a further result of the negligence and carelessness of Defendants herein, jointly and/or severally, Plaintiff, Mindy Gottenberg, has suffered agonizing aches, severe physical pains, disability, mental anguish and humiliation and will continue to suffer the same for an indefinite time in the future, all to her great detriment and loss.

18. As a further result of the negligence and carelessness of Defendants, herein, jointly and/or severally, Plaintiff, Mindy Gottenberg, in her occupation as a Quality Assurance Engineer, has suffered a loss of earnings and an impairment of her earning capacity and power, and may continue to incur same in the future.

**WHEREFORE**, Plaintiff, Mindy Gottenberg, demands judgment in her favor and against Defendants, jointly and/or severally, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), together with interest and costs.

**COUNT II**
**PLAINTIFF, MITCHELL GOTTENBERG v. DEFENDANTS**
**(LOSS OF CONSORTIUM)**

19. Plaintiffs incorporate by reference herein the allegations set forth in the averments of paragraphs 1 through 18 of this Complaint, inclusive, as if set forth herein at length.

20. As a direct and proximate result of the negligence and carelessness of Defendants herein, jointly and/or severally, and the injuries sustained by his wife, Plaintiff, Mindy Gottenberg, Plaintiff, Mitchell Gottenberg, has been and will in the future be deprived of the society, companionship, services, comfort, assistance, affection, and consortium of his wife, all to his great detriment and loss.

**WHEREFORE**, Plaintiff, Mitchell Gottenberg, demands judgment in his favor and against Defendants, jointly and/or severally, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), together with interest and costs.

**JURY DEMAND**

Plaintiffs, Mindy Gottenberg and Mitchell Gottenberg, demand a jury trial.

**TABAKINWOLFE, LLP**

BY:______________________________
RICHARD A. WOLFE, ESQUIRE
Attorney I.D. No. 78944
rich@twnlegal.com
Office Court at Blue Bell
587 Skippack Pike, Suite 300
Blue Bell, PA 19422
(215) 525-1616 – phone
(215) 525-5858 – fax

BY: ______________________________
BRAD S. TABAKIN, ESQUIRE
Attorney I.D. No. 65649
brad@twnlegal.com
Office Court at Blue Bell
587 Skippack Pike, Suite 300
Blue Bell, PA 19422
(215) 525-1616 – phone
(215) 525-5858 – fax

*Attorney for Plaintiffs,*
*Mindy Gottenberg and Mitchell Gottenberg*